1
2
3
4
5
6
7
8

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 14CV1243-GPC(BLM) |
| Plaintiff, | **ORDER APPROVING JOINT MOTION FOR JUDGMENT OF FORFEITURE AGAINST DEFENDANT** |
| vs. | |
| $22,747.44 IN U.S. CURRENCY SEIZED FROM ACCOUNT NUMBER XXXX-XXXX-7546 AT BANK OF AMERICA, N.A., | [Dkt. No. 5.] |
| Defendant. | |

The Joint Motion for Judgment of Forfeiture (Doc. No. 5) is GRANTED.  The United States of America shall have judgment as to $10,000.00 of the above-referenced defendant, $22,747.44 in U.S. Currency Seized from Account Number XXXX-XXXX-7546 at Bank of America, N.A. (the "Defendant Currency"), which shall be condemned and forfeited to the United States of America pursuant to Title 31, United States Code, Section 5317(c)(2).

The balance of the Defendant Currency, approximately $12,747.44 plus interest (actual or constructive) earned on the Defendant Currency (the "Claimant's Currency"), minus any amounts set off against the Claimant's Currency through the Treasury Offset Program system, shall be returned to the sole claimant, HO SUNG LIM ("Claimant") after submission of a completed ACH form.

The terms of the Joint Motion for Judgment of Forfeiture and this Order do not

[14CV1243-GPC(BLM)]

1  affect the tax obligations, fines, penalties, or any other monetary obligations that

2  Claimant may owe to the United States of America.

3      The person or persons who made the seizure or the prosecutor are not liable to

4  suit or judgment on account of such seizure in accordance with Title 28, United States

5  Code, Section 2465. Claimant has not "substantially prevailed" within the meaning of

6  Title 28, United States Code, Section 2465. All Parties shall bear their own costs and

7  expenses, including attorney's fees. Judgment shall be entered in favor of the United

8  States of America on its Complaint for Forfeiture of the Defendant Currency according

9  to the terms of the Joint Motion for Judgment of Forfeiture. Although the Joint Motion

10  refers to agreements between the various parties, the Court does not retain jurisdiction

11  to interpret or enforce those agreements.

12      This case is hereby ordered closed. Let judgment be entered accordingly.

13      IT IS SO ORDERED.

14

15  DATED:  December 5, 2014

16

17  HON. GONZALO P. CURIEL
   United States District Judge

18

19

20

21

22

23

24

25

26

27

28